**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**BRIAN K. JOHNSON,**
          **Plaintiff,**

**vs.**                                        **Case No: 3:05cv486/RV/MD**

**CAPTAIN DARRELL T. GODWIN, et al.,**
          **Defendants.**
_____

### REPORT AND RECOMMENDATION

        **This cause is before the court upon referral from the clerk.   Plaintiff
commenced this action on December 1, 2005 by filing a civil rights complaint under
42 U.S.C. § 1983 (doc. 1).   At that time, he was a state inmate incarcerated at Gulf
Correctional Institution.    On June 15, 2006 defendants Godwin, Maulden,
Landingham and Manning filed a motion for summary judgment (doc. 32).[1]  On July
14, 2006 this court advised the parties that as of August 14, 2006 the motion for
summary judgment would be deemed "submitted" (doc. 34).  Plaintiff was further
advised of the importance and ramifications of Rule 56 summary judgment
consideration, and allowed thirty days in which to submit any relevant evidence and
argument in opposition to the motion.  Plaintiff did not respond.  Because a review
of the docket revealed that plaintiff had filed nothing since his release from prison
on May 10, 2006, this court, on September 5, 2006, entered an order directing plaintiff
to declare his continued interest in this case and to show cause why this case
should not be dismissed for his failure to make regular partial filing fee payments to**

_____

        [1]**At that time, defendants Charles Mahler and Kristina Hackman had not yet been served.**

the court.[2]  (Doc. 40).  Plaintiff was given ten days in which to respond to the order. Over twenty days has elapsed and, again, plaintiff has not responded to the court's order.

Accordingly it is respectfully RECOMMENDED:

1.  That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2.  That the clerk be directed to close the file and terminate all pending motions.

DONE AND ORDERED this 28th day of September, 2006.


/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).

---

[2]Plaintiff was granted leave to proceed *in forma pauperis* in this case on January 6, 2006, and an initial partial filing fee of $6.67 was assessed (doc. 4).  As set forth in the court's order granting leave to proceed *in forma pauperis*, until the filing fee was paid in full, plaintiff was to make regular payments of twenty percent of the preceding month's deposits each time the balance in his prisoner account exceeded $10.00.  Although prior to plaintiff's release the court was receiving regular bi-monthly partial payments, no payment has been received from plaintiff or the institution since May of 2006.  Plaintiff's release does not relieve him of his obligation to continue to make regular payments himself.